UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  23-CR-206 (ABJ) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN GORHAM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional body-worn camera clips and screen-shot photographs which the government may use in the upcoming trial of the defendant in the above-mentioned case as outlined in the government's attached discovery letter dated May 28, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Emory V. Cole*
EMORY V. COLE
PA Bar Number 49136
Omeed A. Assefi
DC Bar Number 252705
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

On May 28, 2024, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

/s/ Emory V. Cole
Emory V. Cole
Assistant United States Attorney



U.S. Department of Justice

Matthew M. Graves
United States Attorney
*District of Columbia*

---

*Emory V. Cole*
*Assistant United States Attorney*
*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7692*

May 28, 2024

**By USAfx**
Eugene Ohm, Esq.
OFFICE OF THE FEDERAL DEFENDER FOR DC
625 Indiana Avenue NW
Washington, DC 20004
(202) 208-7500 ext 111
Fax: (202) 208-7515
Email: Eugen_Ohm@fd.org

       Re: *United States v. Steven Gorham*
          Case No. 23-cr-206 (ABJ)

Dear Counsel:

  By way of this Notice, undersigned counsel for the government gives notice that the government is providing you with additional body-worn camera ("BWC")clips and screen-shot photographs of the same which the government may use in the upcoming trial of the defendant in the above-mentioned case. Moreover, enclosed please find a copy of the updated additional exhibits which starts at Government's Exhibit 100 – 122. Notably, the full BWC videos from which the clips derive were already provided to you months ago in prior discovery notices.

 Please let us know if you have any questions regarding this matter.

           Sincerely yours,

           MATTHEW M. GRAVES
           UNITED STATES ATTORNEY

       By: */s/ Emory V. Cole*
          Emory V. Cole
          Omeed A. Assefi
          Assistant United States Attorneys