UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,** | |
| v. | Case No. 23-CR-00206 (ABJ) |
| **STEVEN GORHAM,** | |
| Defendant. | |

**Motion to Style Hair in Advance of Trial**

Steven Gorham, through his attorneys, respectfully requests that the Court order that Mr. Gorham receive access to a hairstylist, to redo his dreadlocks before his jury trial on Monday, June 17, 2024. In support of this Motion, counsel states the following facts:

1. Mr. Gorham is set for a trial before a jury on June 17, 2024.

2. Mr. Gorham is incarcerated at the Correctional Treatment Facility.

3. According to the procedures set forth by the Department of Corrections, counsel for Mr. Gorham has requested hairstyling to occur prior to trial. Counsel has made three requests.

4. Counsel was informed on June 14, 2024 that it is "unlikely [the jail] can accommodate a twist/loc request. He will receive a haircut at the minimum though." Mr. Gorham does not wish to have a haircut. His locks currently look sloppy and not presentable and requests that they be styled accordingly. Mr. Gorham is concerned that his unkempt hair will prejudice him in front of the jury. He is also concerned that the jury will infer that he is incarcerated pending trial.

5. Counsel thus requests that Mr. Gorham be provided access to a hairstylist prior to being presented to his jury.

## Conclusion

For the foregoing reasons and any other that appear to the Court, Mr. Gorham requests that the U.S. Marshals Service and/or the Department of Corrections be required to provide access to hairstyling services prior to his trial date on June 17, 2024.

Respectfully submitted,

_____/s_____
Eugene Ohm
Kate Adams
Office of the Federal Defender
625 Indiana Ave. NW
Washington, DC 20004
(202)208-7500