## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Case No. 23-CR-206 (ABJ)** |
| **v.** | |
| **STEVEN GORHAM** | |
| **Defendant.** | |

### VERDICT FORM

**Count One-**

How do you find the defendant **STEVEN GORHAM**, on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____ Guilty          X_____ Not Guilty